UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANTONIO MADERA,

                                 Plaintiff,          **NOTICE OF APPEARANCE**

          -against-                           08-CV-1509 (PKC)(THK)

City of New York, et al.,

                                 Defendants.

------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective immediately, replacing Senior Counsel Leticia J. Santiago.

Dated:  New York, New York
           May 18, 2008

                                                 MICHAEL A. CARDOZO
                                                 Corporation Counsel
                                                     of the City of New York
                                                 Attorney for Defendant Michael Bloomberg
                                                 100 Church Street, Room 3-209
                                                 New York, New York 10007
                                                 (212) 788-8684

                                      By:    _/s/ Maurice L. Hudson_
                                                   Maurice L. Hudson
                                                   Special Federal Litigation Division

To:     Andrew Stoll, Esq. (By ECF)
        71 Nevins Street
        Brooklyn, New York 11217