UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

ANTONIO MADERA,

                              Plaintiff,

              -against-

City of New York, et al.,

                              Defendants.

--------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08-CV-1509 (PKC)(THK)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Martin F. Horn, effective immediately, replacing Senior Counsel Leticia J. Santiago.

Dated:  New York, New York
          May 18, 2008

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel
                                              of the City of New York
                                           Attorney for Defendants City of New York
                                           and Martin F. Horn
                                           100 Church Street, Room 3-209
                                           New York, New York 10007
                                           (212) 788-8684

                                By:  _____
                                           Maurice L. Hudson
                                           Special Federal Litigation Division

To:    Andrew Stoll, Esq. (By ECF)
        71 Nevins Street
        Brooklyn, New York 11217