```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

*Antonio Macbra*

               Plaintiff,

   - against -

*City of New York*

              Defendants.

------------------------------------------------------------x

08 Civ. (1509) (PKC)

REVISED CIVIL CASE
MANAGEMENTPLAN AND
SCHECULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to *October 17, 2008*

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to *December 3, 2008* ;

3. Other directions to the parties: *The foregoing is premised upon the parties good faith efforts to settle this case,*

4. The next Case Management Conference [the Final Pretrial Conference] will be held on *October 17* at *10:15* am/~~pm~~. ~~Any conference scheduled for a date prior thereto is adjourned.~~

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 24, 2008